

Jim Strickland - Mayor
Doug McGowen - Chief Operating Officer

**PUBLIC WORKS DIVISION**
Robert Knecht-Director

March 28, 2018

Via regular mail and email

Mr. Jim Cook
Horn Lake Creek Basin
Interceptor Sewer District
P. O. Box 178
Horn Lake, MS  38637
hornlakesewer@gmail.com

Re:  Notice of Non-Renewal Upon Contract Expiration

Dear Mr. Cook:

I greatly appreciate you taking the time to meet with me and my staff on March 14, 2018 to discuss the sewer services currently provided by the City of Memphis to the Horn Lake Creek Basin Interceptor Sewer District ("District").   As you are aware, the City has been providing wastewater treatment and disposal services to the District for the wastewater collected within the Horn Lake Creek Basin since February 6, 1975, in accordance with the Sewage Treatment Agreement entered into between the parties.

Currently, the City is evaluating various factors associated with its sanitary sewer system which include, among others, the extension of services to satellite sewer systems such as the District. A matter of paramount importance to the City is the need to reserve sufficient sewer capacity to support its existing residents and to accommodate potential growth.  Likewise, we must remain in a position to attract and support the expansion of major industrial development within Memphis.  In this regard, the City has recently adopted a new sewer policy that will preclude the acceptance of additional flow to our sanitary sewer system from residential, commercial, or industrial developments outside the existing corporate boundaries of Memphis.  Although this policy does not affect existing contractual agreements for wastewater collection and treatment services, we have decided it is in the best interest of Memphis to not renew its existing agreement with the District.  Accordingly, Memphis will no longer extend wastewater treatment and collection services to the District upon expiration of the agreement which will occur on September 22, 2023.

1

Exhibit C

Notwithstanding the foregoing, in the meantime, we fully expect the District to adhere to its existing contractual obligations; specifically, oversight of the various industrial users located within the Horn Lake Creek Basin. Similarly, Memphis will continue to honor its contractual obligations and intends to enforce its rights under the agreement with regard to on-site inspections, sampling, and enforcement to the extent necessary, in compliance with applicable Federal Pretreatment Standards, its NPDES permit, and state law.

The District will need to develop and submit to Memphis for its review a detailed plan of action for the removal of its users from Memphis' sanitary sewer system along with a proposed schedule within the next six (6) months from the date of receipt of this letter. Thus, the District will need to acknowledge its receipt of this letter immediately. Additionally, the proposed plan and schedule shall be subject to the express written approval of Memphis.

The City of Memphis looks forward to continuing to provide quality wastewater services to the District for the remainder of the contract term. If you have any questions regarding this matter, please contact me at 901.636.6762 or via email at Robert.Knecht@memphistn.gov.

Sincerely,

Robert Knecht
Director of Public Works

cc:   Jim Strickland, Mayor
      Doug McGowen, Chief Operating Officer
      Bruce McMullen, City Attorney
      Jennifer Sink, Senior Assistant City Attorney
      Paul Patterson, Administrator Environmental Engineering
      Scott Morgan, Administrator of Environmental Construction