

# City of Memphis
TENNESSEE

Jim Strickland - Mayor
Doug McGowen - Chief Operating Officer

**PUBLIC WORKS DIVISION**
Robert Knecht-Director

October 10, 2018        VIA Certified Mail

Mayor Allen Latimer
City of Horn Lake
3101 Goodman Road W
Horn Lake, MS 38637

Mayor Darren Musselwhite
City of Southaven
8710 Northwest Drive
Southaven, MS 38671

**RE: Horn Lake Creek Basin Sewer Service**

Dear Mayor Latimer and Mayor Musselwhite:

    Please accept this letter as a follow up to our meeting on August 13, 2018 to discuss the sewer services currently provided by the City of Memphis to the Horn Lake Creek Basin Interceptor Sewer District ("District"). As you are aware, the City notified the District on March 28, 2018 that Memphis will no longer extend wastewater treatment and collection services to the District upon expiration of the current agreement which will occur on September 22, 2023.

    I appreciate your interest in renewing this agreement and I can certainly understand you position. However, after giving this matter full consideration the City's decision remains unchanged. As indicated in the March 28, 2018 letter, a copy of which is enclosed, please submit to Memphis for its review a detailed plan of action for the removal the District's users from Memphis' sanitary sewer system along with a proposed schedule to have this completed. We ask that this be provided by 12/1/2018.

    The City might be willing to make reasonable allowances to conditionally extend the termination date should the engineering, design, and construction required to complete the removal of the District's users not be feasible by September 22, 2023. Such allowances will be dependent on satisfying the City of Memphis Public Works Director on District's inability to complete by that date. The City will continue to provide wastewater service for the remainder of the agreement.

1

**Exhibit D**

Please let me know if you have any additional questions.

Sincerely,

Jim Strickland
Mayor

Enclosure

cc: Doug McGowen, Chief Operating Officer
Bruce McMullen, City Attorney
Jennifer Sink, Senior Assistant City Attorney
Robert Knecht, Director of Public Works
Jim Cook, Horn Lake Creek Basin
C.C. Drayton