IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**HORN LAKE CREEK BASIN**
**INTERCEPTOR SEWER DISTRICT**
**And DESOTO COUNTY, MISSISSIPPI**                    PLAINTIFFS

**VS.**                                                                                 Civil Case No. 3:19-cv-00290-SA-JMV

**CITY OF MEMPHIS, TENNESSEE**                         DEFENDANT

**ORDER**

This matter is before the Court on a January 17, 2020 motion to stay [9] this action pending a decision on a motion to change venue or, alternatively, to dismiss [6].[1] For the reasons discussed below, the motion is denied with the right to re-urge it should a case management conference be hereafter scheduled.

The undersigned finds the instant motion should be denied for at least the following reasons: First, it is moot as the motion to change venue to which the motion to stay makes reference has itself been amended, and no renewed motion to stay as to that amended motion has been filed. Second, until a case management conference is set in this matter, no discovery is permitted—making a stay, even if otherwise warranted, unnecessary on this record. Finally, it has been represented to the undersigned that a case management conference has been set in a related case, *City of Memphis v. Horn Lake Creek Basin Interceptor Sewer District et al.,*

---

[1] An amended motion to change venue or, alternatively, dismiss for improper venue [12] was filed January 29, 2020.

2:19cv02864 (W.D. Tenn.), for April 3, 2020. Accordingly, a telephone status conference will be set in this matter for April 4, 2020.

SO ORDERED this 12th day of February, 2020.

/s/ Jane M. Virden
U. S. Magistrate Judge