✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Western **DISTRICT OF** Tennessee

City of Memphis

V.

Horn Lake Creek Basin Interceptor Sewer District of Desoto County, Mississippi, et al.

## EXHIBIT AND WITNESS LIST

Case Number: 2:19-cv-02864-MSN

| PRESIDING JUDGE<br>Mark S. Norris | | PLAINTIFF'S ATTORNEY<br>Bruce McMullen, Pete Brunson, Karen Glover, Carmalita Drayton | | | DEFENDANT'S ATTORNEY<br>William Orlansky, Keith Turner, William Brown, Mary Brown, Samuel Barber |
|---|---|---|---|---|---|
| PROCEEDING/DATE: Non-Jury Trial:<br>04/10/2023 - 04/13/2023, 4/20/2023 & 05/30/2023 | | COURT REPORTER<br>Lisa Mayo, Candace Covey | | | COURTROOM DEPUTY<br>Zandra Frazier, Bradley Gilmartin |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| ✓ | | 4/10/2023 | | | Scott Morgan |
| 1 | | 4/10/2023 | ✓ | ✓ | City of Memphis letter dated March 28, 2018 |
| 2 | | 4/10/2023 | ✓ | ✓ | City of Memphis letter dated October 10, 2018 |
| 3 | | 4/10/2023 | ✓ | ✓ | Fisher & Arnold, Inc. letter dated dated June 24, 2019 |
| 4 | | 4/10/2023 | ✓ | ✓ | Consent Decree |
| 5 | | 4/10/2023 | ✓ | ✓ | U.S. Environmental Protection Agency letter dated March 19, 2018 & IJA Agreement |
| 6 | | 4/10/2023 | ✓ | ✓ | Mississippi Department of Environmental Quality letter dated April 11, 2018 |
| 7 | | 4/10/2023 | ✓ | ✓ | City of Memphis letter dated April 25, 2018 |
| 8 | | 4/10/2023 | ✓ | ✓ | City of Memphis letter dated December 9, 2019 |
| 9 | | 4/10/2023 | ✓ | ✓ | City of Memphis letter dated April 23, 2020 |
| 10 | | 4/10/2023 | ✓ | ID only | Summary Table of Outside Municipal Jurisdiction Customers |
| | 11 | 4/10/2023 | ✓ | ✓ | City of Memphis letter dated October 31, 2022 |
| | 12 | 4/10/2023 | ✓ | ✓ | City of Memphis letter dated November 7, 1980 |
| | 13 | 4/10/2023 | ✓ | ✓ | CDM Smith letter dated July 31, 2018 |
| | 14 | 4/10/2023 | ✓ | ✓ | T.E. Maxson WWTF Process Upgrades Conceptual Design Report dated June 2016 |
| ✓ | | 4/10/2023 | | | Bradley Davis |
| 15 | | 4/10/2023 | ✓ | ✓ | Expert Report |
| 16 | | 4/10/2023 | ✓ | ✓ | Black & Veatch letter dated July 2, 2020 |
| 17 | | 4/10/2023 | ✓ | ✓ | Black & Veatch Nonconnah and Horn Lake Basins Sanitary Sewer System Model Report |
| | ✓ | 4/10/2023 | | | Daniel Jackson |
| | 18 | 4/10/2023 | ✓ | ✓ | CV of Daniel Jackson & RJN Group SSO Model Reports |
| ✓ | | 4/11/2023 | | | Gary D. Shambaugh |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___2___ Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

City of Memphis  VS.  Horn Lake Creek Basin Interceptor Sewer District of Desoto County, Mississippi   CASE NO. 2:19-cv-02864-MSN

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 19 |  | 4/11/2023 | ✓ | ✓ | City of Memphis Sewer System: 2025 Test Year Cost of Study Report |
| ✓ |  | 4/11/2023 |  |  | Richard Michelfelder |
| 20 |  | 4/11/2023 | ✓ | ✓ | Expert Report & CV of Richard A. Michelfelder, Ph.D |
|  | ✓ | 4/11/2023 |  |  | Tim Verner |
|  | 21 | 4/11/2023 | ✓ | ✓ | Expert Report & CV of Tim Verner |
|  | 22 | 4/11/2023 | ✓ | ✓ | Supplemental Agreement |
|  | 23 | 4/11/2023 | ✓ | ✓ | Michael Baker, Jr., Inc. memo dated August 17, 1971 |
|  | 24 | 4/11/2023 | ✓ | ✓ | Engineering Report & Financial Analysis for Interceptor Sewer System dated June,1972 |
|  | 25 | 4/11/2023 | ✓ | ✓ | Air & Water Pollution Control Commission letter dated April 10, 1973 |
|  | 26 | 4/11/2023 | ✓ | ✓ | Air & Water Pollution Control Commission: 3 letters   (coll - 4 pages) |
|  | 27 | 4/11/2023 | ✓ | ✓ | Email from Tim Verner dated December 19, 2018 |
|  | 28 | 4/11/2023 | ✓ | ✓ | City of Memphis Sewer Map |
|  | ✓ | 4/12/2023 |  |  | Darren Musselwhite |
|  | 29 | 4/12/2023 | ✓ | ID only | Utility Rates sheet |
|  | ✓ | 4/12/2023 |  |  | W. Terry Mitchell |
|  | 30 | 4/12/2023 | ✓ | ✓ | CV of W. Terry Mitchell |
|  | 31 | 4/12/2023 | ✓ | ✓ | W. Terry Mitchell Professional Opinion |
| ✓ |  | 4/12/2023 |  |  | Charles Mason Davis   (deposition testimony read into the record) |
| ✓ |  | 4/12/2023 |  |  | Tim Verner   (deposition testimony read into the record) |
|  | ✓ | 4/12/2023 |  |  | Robert Knecht   (deposition testimony read into the record) |
| ✓ |  | 4/20/2023 |  |  | Robert Knecht |
|  | 32 | 4/20/2023 | ✓ | ✓ | City of Memphis Annual Report 10/1/2021-9/30/2022 |
|  | ✓ | 4/20/2023 | ✓ | ✓ | Tracy Huffman |
|  | 33 | 4/20/2023 | ✓ | ✓ | Desoto County Facilities Map |
|  | ✓ | 4/20/2023 | ✓ | ✓ | Nick Schorr |
|  | 34 | 4/20/2023 | ✓ | ✓ | Expert Report of Nicholas Schorr |
|  | 35 | 4/20/2023 | ✓ | ✓ | Resume of Nicholas Schorr |